UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:22-cv-80820-DMM

MARIE JEAN-BAPTISTE,

    Plaintiff,

v.

IBIS GOLF & COUNTRY CLUB, INC.
d/b/a THE CLUB AT IBIS,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, Ibis Golf & Country Club, Inc. d/b/a The Club At Ibis, hereby files this Notice of Settlement of the above-captioned action. The parties are in the process of finalizing and executing settlement documents, and they anticipate filing the Joint Stipulation of Dismissal with Prejudice within the next four weeks.

Date: September 1, 2022

Respectfully submitted,

By:   */s/Steven A. Siegel*
    Steven A. Siegel
    Fla. Bar No. 497274
    ssiegel@fisherphillips.com
    Fisher & Phillips LLP
    450 East Las Olas Boulevard
    Suite 800
    Fort Lauderdale, Florida 33301
    Telephone (954) 525-4800

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **September 1, 2022**, I electronically filed **NOTICE OF SETTLEMENT** with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

                                                /s/Steven A. Siegel
                                                Steven A. Siegel
                                                Fla. Bar No. 497274
                                                ssiegel@fisherphillips.com
                                                *Attorneys for Defendant*

## Service List

*Via CM/ECF*
*Email Transmission*

Anthony M. Georges-Pierre
agp@rgpattorneys.com
Max L. Horowitz
mhorowitz@rgpattorneys.com
Jorge L. Costa
jcosta@rgpattorneys.com
Remer & Georges-Pierre PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone (305) 416-5000
*Attorneys for Plaintiff*